IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 SEP -4 PM 2: 14
CLERK _____
SO. DIST. OF GA.

IN RE: CASE ASSIGNMENTS ) Misc. No.
) MC418-012

## ORDER

Consequent to the appointment and entry on duty of R. Stan Baker as United States District Judge for the Southern District of Georgia, various reassignments of cases are necessary and appropriate. This order is entered for the purpose of effectuating and implementing a plan of assigning and reassigning cases throughout the district.

Upon the foregoing and with the concurrence of the affected Judges, IT IS HEREBY ORDERED that the cases listed by caption and number upon Exhibit "A" appended hereto, previously assigned to the undersigned, are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

It is further ordered that the cases listed by caption and number upon Exhibit "B" appended hereto, previously assigned to the Honorable Lisa Godbey Wood, are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

It is further ordered that the cases listed by caption and number upon Exhibit "C" appended hereto, previously assigned to the Honorable Dudley H. Bowen, Jr., are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

ORDERED ENTERED this 4th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

EXHIBIT "A"

| | |
|---|---|
| CV218-062 | USA v. Hercules, LLC |
| CV218-069 | Deal v. Medical Depot Inc. et al |
| CV413-165 | USA v. Bassett Mirror Company Inc. et al |
| CV415-177 | Coastal Logistics Inc. v. AIM Steel International, Inc. |
| CV417-057 | Tempus Aircraft Sales & Service LLC v. Signature Flight Support Corporation |
| CV417-106 | Daker v. Allen |
| CV417-118 | Ballard Marine Construction Inc. v. CDM Constructors, Inc. |
| CV417-124 | Lima v. Takata Corporation et al |
| CV417-130 | Bennett v. Public Law Board No. 7694 et al |
| CV417-165 | Hill v. Konecranes, Inc. et al |
| CV417-183 | Simplis et al v. JP Morgan Chase Bank et al |
| CV417-195 | Wright v. City of Savannah, et al |
| CV417-219 | Great American Assurance Company v. Pro Transport Savannah Inc., et al |
| CV417-237 | Carson v. Monsanto Company |
| CV417-243 | Wright v. Buffalo Wild Wings, Inc. et al |
| CV417-255 | Hopkins v. Weyerhaeuser NR Company |
| CV418-011 | USA v. .33 Firearms and 21,912 Rounds of Ammunition |
| CV418-022 | United Specialty Insurance Company v. Pontus LLC et al |
| CV418-028 | Harris v. Wal-Mart Stores, Inc. et al |
| CV418-034 | King v. Publix Super Market Inc. |
| CV418-040 | Harris v. McKie et al |
| CV418-053 | Campbell v. Equifax Information Services, LLC et al |
| CV418-065 | Jackson v. Berryhill |
| CV418-071 | Branch Banking and Trust Company v. Enviro-Tec Services, et al |

| Case Number | Case Name |
|---|---|
| CV418-089 | Lowrance v. Berryhill |
| CV418-101 | Whitman v. Hinton |
| CV418-114 | Allstate Property and Casualty Insurance Company v. Struthers et al |
| CV418-120 | Oliver v. County of Effingham et al |
| CV418-133 | Nuccio V. National Railroad Passenger Corporation |
| CV418-145 | Simmons v. Cortez et al |
| CV418-151 | JSM Marine LLC v. Gaughf |
| CV418-157 | Dolan et al v. Air Mechanix LLC et al |
| CV418-163 | Sonnenberg v. Martin Marietta Materials, Inc. et al |
| CV418-168 | Jenkins et al v. Verizon Wireless Personal Communications LP et al |
| CV418-169 | USA v. 2017 Chevrolet Silverado et al |
| CV418-175 | Munn v. Randi Holdings, LLC |
| CV418-182 | United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Pension Fund et al v. Johnson Controls, Inc. |
| CV418-188 | Oltmanns v. International Longshoremen's Association Local 1475 Clerks and Checkers Union, Inc. |
| CV418-194 | Ruf v. Wells Fargo Bank, N.A. et al |
| CV418-200 | Donnelly v. Southern Metals Recycling Inc. |
| CV612-113 | Jackson v. Catanzariti et al |
| CV614-047 | Daker v. Head et al |
| CV615-057 | Walker v. Bryson et al |
| CV616-006 | Shaw v. Upton et al |
| CV616-035 | San Miguel Produce Inc. v. L.G. Herndon Jr. Farms |
| CV616-043 | L.G. Herndon Farms, Inc. v. San Miguel Produce, Inc. et al |
| CV616-045 | Hoke v. Lyle et al |

| | |
|---|---|
| CV616-060 | The Prudential Insurance Company of America v. Bailey et al |
| CV616-084 | McConnell v. USA |
| CV616-088 | Jackson v. USA |
| CV616-139 | Rabo Agrifinance LLC v. Gerrald's Vidalia Sweet Onions, Inc. |
| CV616-167 | Washington v. Rivera et al |
| CV617-004 | Quintanilla v. Bryson et al |
| CV617-012 | Bell v. Lamb et al |
| CV617-035 | Young v. USA |
| CV617-045 | Daniels v. Allen et al |
| CV617-051 | Mercer v. Cooper et al |
| CV617-058 | Powell v. Variety Wholesalers Inc. et al |
| CV617-083 | McKenzie v. Anderson et al |
| CV617-084 | Nationstar Mortgage LLC v. Powell et al |
| CV617-089 | Brantley v. Handi-House MFG Co. et al |
| CV617-101 | Davis v. Wal-Mart Stores East LP |
| CV617-107 | Acree v. Allen et al |
| CV617-113 | Pinnacle Agriculture Distribution Inc. v. Kight |
| CV617-117 | Marshall v. G.D.C.I. Food Service et al |
| CV617-120 | Garrett v. Meeks |
| CV617-131 | Young v. Smith et al |
| CV617-135 | Taylor v. Villegas et al |
| CV617-143 | Mitchell v. Jackson et al |
| CV617-146 | Wimberly v. Hutchingson |
| CV617-151 | Treadwell v. Allen et al |
| CV617-155 | Rogers v. Claxton Poultry Company, Inc. |

| Case Number | Case Name |
|---|---|
| CV617-159 | Protzman et al v. Proctor |
| CV617-162 | Moore-Montgomery v. Berryhill |
| CV617-163 | Mitchell v. Berry |
| CV617-164 | Mitchell v. Berry |
| CV618-003 | Lanier v. Sizemore, Inc. et al |
| CV618-006 | Daker v. State of Georgia |
| CV618-017 | Southern Insurance Company of Virginia v. Tyre et al |
| CV618-022 | Jones v. Warden |
| CV618-027 | NeSmith et al v. Wal-Mark Stores Inc. |
| CV618-034 | Bradley v. Aslan et al |
| CV618-036 | Whitehurst v. Travelers Property Casualty Insurance Company |
| CV618-041 | Wardlaw v. Berry et al |
| CV618-044 | *SEALED CASE* |
| CV618-046 | Ahmed v. Laughlin |
| CV618-048 | Hawes v. State of Georgia |
| CV618-052 | Grier v. Allen |
| CV618-054 | Floyd v. Bateman et al |
| CV618-057 | Webb v. Allen |
| CV618-059 | Bradley v. Adams et al |
| CV618-061 | Cormican v. Allen |
| CV618-063 | Clayton v. Hunt et al |
| CV618-065 | Ragan v. East Georgia Regional Medical Center LLC |
| CV618-067 | Carter v. Georgia Department of Corrections et al |
| CV618-071 | USA v. Dubois |
| CV618-073 | Daker v. Dozier et al |

| | |
|---|---|
| CV618-075 | Cormican v. Investigation Team |
| CV618-078 | Cormican v. Burden et al |
| CV618-080 | Progressive County Insurance Co. v. Johnson |
| CV618-082 | Vickers v. Curry et al |
| CV618-084 | Williams v. Mendez |
| CV618-086 | Jacobs v. Taylor et al |
| CV618-170 | Butler v. The Georgia Department of Corrections et al |
| CV516-083 | Windham v. Lynch et al |
| CR205-030 | USA v. Andrew Dwight Evans |
| CR407-242 | USA v. Michael Jamaal Ferguson et al |
| CR407-285 | USA v. Darnell Lamar Harris |
| CR408-043 | USA v. Deangelo Johnson |
| CR410-295 | USA v. Derrick Leonard Middleton |
| CR609-019 | USA v. Kenneth Doeran Smith et al |

EXHIBIT "B"

| | |
|---|---|
| CV216-108 | Clifton V. Jeff Davis County, Georgia et al |
| CV216-110 | Tyre et al v. Carter et al |
| CV217-051 | Barneman v. International Longshore Association |
| CV217-112 | King v. Marcy et al |
| CV217-118 | Jaudon v. Sasser et al |
| CV217-126 | Northrup et al v. City of Brunswick, Georgia |
| CV218-025 | Mock et al v. Glynn County, Georgia et al |
| CV416-104 | Megaffin et al v. Cementos Argos S.A. et al |
| CV417-064 | Lovett v. Georgia-Pacific Consumer Products, LP |
| CV417-142 | Cowart v. Nautilus Insurance Company et al |
| CV417-186 | Chemtall Incorporated v. BASF SE |
| CV417-234 | Chisolm v. Officer Fazion et al |
| CV417-240 | Chappell v. Berryhill |
| CV417-251 | BASF Corporation v. SNF Holding Company et al |
| CV417-252 | Barnes v. Doe et al |
| CV417-258 | Gaines v. City of Savannah, et al |
| CV418-025 | Williams v. Morales et al |
| CV418-037 | Harris v. Pannizzo et al |
| CV418-050 | Johnson v. Georgia Department of Behavioral Health and Developmental Disabilities |
| CV418-074 | Thomas v. Allen |
| CV418-086 | Mortland v. Balaji Hospitality, LLC |
| CV418-104 | Cliff et al v. Savannah Law School, LLC et al |
| CV418-110 | Murray et al v. ILG Technologies LLC et al |

CV418-117  Milie et al v. City of Savannah

CV418-130  Tommy Holloway v. Traxion, Inc.

CV418-136  Bolton et al v. Bynes, Jr et al

CV418-142  Eldibany v. Waton

CV418-166  Davis v. Publix Super Markets, Inc. et al

CV418-172  Javonillo v. Under Armour Retail of Georgia LLC et al

CV418-179  Bussey v. Bunch et al

CV418-185  Banks v. St. Lawrence et al

CV418-191  Martin v. Wal-Mart, Inc. et al

CV418-197  Martin v. Wal-Mart Stores East, LP

CV418-204  Mack v. Department of Veteran's Affairs et al

CV611-104  Georgia Southern University Housing Foundation One LLC v. Capstone Development Corp. et al

CV615-107  Spaulding v. USA

CV515-065  Gales v. Bryson et al

CV515-089  Brown v. Gramiak

CV515-090  Slaughter v. Gramiak et al

CV516-060  James v. Terex Corporation

CV517-119  Martinez v. Hall et al

EXHIBIT "C"

CV216-053    Drayton et al v. McIntosh County, Georgia et al